Submitted on record and briefs May 19, reversed and remanded with instructions to dismiss indictment July 1, 1992

STATE OF OREGON,
*Respondent,*

*v.*

RUSSELL L. WHITE,
*Appellant.*

(9011-36814; CA A68807)

832 P2d 52

Sally L. Avera, Public Defender, and Peter Gartlan, Deputy Public Defender, Salem, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded with instructions to dismiss indictment. *State v. Andrade-Torres*, 109 Or App 153, 817 P2d 296 (1991).